UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE RIVERA COLON,

                Plaintiff,

-against-

CORRECTIONS OFFICERS SGT. GUNSETT, et al.,

                Defendants.

22-CV-10906 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      On December 27, 2022, the court's Clerk's Office received a filing from Plaintiff that appeared to be a new civil action. (*See* ECF 1.) The Clerk's Office opened the submission as a complaint in a new action and assigned it docket number 22-CV-10906. This submission, however, also was filed in Plaintiff's pending action before the Honorable Vincent L. Briccetti of this court, *see Colon v. Gunsett*, No. 22-CV-0635 (VB), as Plaintiff's opposition to Defendants' motion to dismiss. *See id.* ("Opposition to Motion") (Doc. No. 16). Accordingly, the Court concludes that this action was opened in error and directs the Clerk of Court to close it administratively.

SO ORDERED.

Dated:   February 27, 2023
         New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge